

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUL 0 6 2007

J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE          MDL   NO. 1371 and
LITIGATION                                consolidated MDLs

                                          5:04cv55

    ELDORA BURKES                         CIVIL ACTION 04-2262

        v.

    LIFE INSURANCE COMPANY OF GEORGIA     SECTION "F"


                        ORDER

    All proceedings that can be conducted for Civil Action Number
04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil
Action Number 04-2262 be returned to the transferor court for any
further proceedings.



        New Orleans, Louisiana, June 27, 2007.


                    _____
                    MARTIN L. C. FELDMAN
                    UNITED STATES DISTRICT JUDGE


CLERK'S OFFICE
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.